## R. L. WRIGHT v. STATE.
### No. 15426.

Court of Criminal Appeals of Texas.
June 8, 1932.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, keeping premises and building for the purpose of storing intoxicating liquor; the punishment, one year in the penitentiary.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## R. A. GOSSETT, Appellant, v. C. F. McELYEA et ux., Appellees.
### No. 4182.

Court of Civil Appeals of Texas. Texarkana.
April 28, 1932.

Rehearing Denied May 12, 1932.

Perkins & Perkins, of Rusk, for appellant.

Guinn & Devereux, of Jacksonville, for appellees.

SELLERS, J.

This case comes to this court without a statement of facts, and, since the assignments of error contained in appellant's brief relate to matters which this court cannot determine without a statement of facts, such assignments for that reason will not be considered. We have carefully considered the record, and find no fundamental error authorizing a reversal of the case.

The judgment of the trial court will be affirmed.